George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
5041 N. Rainbow Blvd.
Las Vegas, Nevada 89130
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: Ghaines@hainesandkrieger.com

Attorneys for Plaintiff
SHALLAN ST. JUSTE

IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF NEVADA

SHALLAN ST. JUSTE,

        Plaintiff,

v.

AUDIT SYSTEMS, INC.; and DOES 1-10, inclusive,

        Defendant.

Case No. 2:13-cv-00902-GMN-CWF

**NOTICE OF DISMISSAL WITH PREJUDICE**

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Defendants not having filed or served answers, motions for summary judgment, or otherwise appeared herein; the Plaintiff in the above-entitled action, as to each of the Defendants named, requests, authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice, each party to bear its own attorney's fees and costs.

Dated:     July 19, 2013

                Respectfully submitted,

                By:     /s/George Haines, Esq.
                        George Haines, ESQ. (Nevada Bar No. 9411)
                        HAINES & KRIEGER, LLC
                        5041 N. Rainbow Blvd.
                        Las Vegas, Nevada 89130
                        *Attorney for Plaintiff*